UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH BAXTER,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No. C10-5062BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 20). The Court having considered the Report and Recommendation and the remaining record, and no objections by Plaintiff having been filed, does hereby find and order as follows:

(1)　The Court **ADOPTS** the Report and Recommendation; and

(2)　The Court **AFFIRMS** Defendant's decision to deny benefits.

DATED this 14th day of February, 2011.

*(signature)*

BENJAMIN H. SETTLE
United States District Judge

ORDER