# United States District Court

WESTERN DISTRICT OF WASHINGTON

KEITH BAXTER,                 JUDGMENT IN A CIVIL CASE

        v.

Case No. C10-5062BHS

MICHAEL J. ASTRUE, Commissioner of
Social Security,

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court **ADOPTS** the Report and Recommendation; and

(2) The Court **AFFIRMS** Defendant's decision to deny benefits.

| February 15, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                                     *s/ Mary Trent*
                                                     Deputy Clerk